IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEMETRUS BROOKS**                                                                          **PLAINTIFF**

v.                                              No. 2:23-cv-62-DPM

**FIVE RIVERS TRUCKING, LLC**
**and BUNG DI**                                                                              **DEFENDANTS**

### ORDER

    Motion, *Doc. 15*, noted.  This is the first this Court has heard about a settlement.  And the Court needs more information before it will enforce the agreement, *Doc. 15-1*.  Neither defendant has signed the copy attached to the motion; and the Court needs to hear from them about whether they intend to honor it.  The defendants must respond by 9 July 2024.

    So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2024