IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEMETRUS BROOKS**                                                      **PLAINTIFF**

v.                                   No. 2:23-cv-62-DPM

**FIVE RIVERS TRUCKING, LLC**
**and BUNG DI**                                                          **DEFENDANTS**

### ORDER

1. The parties have resolved their dispute. *Doc. 18.* The motion to compel, *Doc. 15*, is withdrawn.

2. Joint motion, *Doc. 19*, granted as modified. The Court directs the Clerk to place the parties' confidential agreement, *Doc. 15-1*, under seal.

3. The Court congratulates the parties on their settlement. Brooks's complaint will be dismissed with prejudice, but the Court will retain jurisdiction for a time to enforce the parties' settlement. Final Judgment will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 July 2024