IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEMETRUS BROOKS**                                             **PLAINTIFF**

v.                              No. 2:23-cv-62-DPM

**FIVE RIVERS TRUCKING, LLC**
**and BUNG DI**                                                **DEFENDANTS**

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 9 September 2024 to enforce the parties' settlement.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 July 2024